Núm. 8400.—Anglerau, et al., apldos. *v.* Mata, aplte.—C. D. Arecibo. ▆▆▆▆▆▆▆▆▆▆▆▆ Julio 22, 1941.

(Por la Corte, a propuesta del Juez Asociado Sr. Todd, Jr.)

Por cuanto, dictada sentencia en este caso por la Corte de Distrito de Arecibo, la demandada apeló para ante este tribunal el día 14 de noviembre de 1940 y desde dicha fecha obtuvo de dicha corte varias prórrogas para radicar la transcripción de la evidencia, habiendo vencido la última el 14 de mayo de 1941 sin haberla radicado;

Por cuanto, la apelante solicitó de la corte inferior el 3 de julio de 1941 la concesión de una nueva prórroga la que le fué denegada;

Por cuanto, basándose en los anteriores hechos, que aparecen comprobados por certificación del Secretario de la Corte de Distrito de Arecibo, los demandantes apelados radicaron ante este tribunal una moción solicitando la desestimación del recurso por abandono del mismo y no haber la apelante hecho gestión alguna para perfeccionar su apelación de acuerdo con la ley y el reglamento de este tribunal, de cuya moción notificó a la apelante;

Por cuanto, se celebró la vista de dicha moción el 21 de julio de 1941 con la sola asistencia del abogado de los apelados, a pesar de haber sido debidamente notificada la demandada apelante;

Por tanto, vistos los autos del caso y la regla 59 de nuestro reglamento, se desestima, por abandono, el recurso.